**QUEEN'S UNIVERSITY AT KINGSTON,** Appellant

v.

**SAMSUNG ELECTRONICS CO., LTD.,** Samsung Electronics America, Inc., Appellees

2016-2723
2016-2725

United States Court of Appeals, Federal Circuit.

January 10, 2018

SHAWN DANIEL BLACKBURN, Susman Godfrey LLP, Houston, TX, argued for appellant. Also represented by IAN B. CROSBY, Seattle, WA; MICHELLE KINGHAM HOLOUBEK, ROBERT GREENE STERNE, Sterne Kessler Goldstein & Fox, PLLC, Washington, DC.

CRAIG E. COUNTRYMAN, Fish & Richardson, PC, San Diego, CA, argued for appellees. Also represented by MICHAEL J. MCKEON, Washington, DC.

(Dyk, Moore, and Wallach, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED. See Fed. Cir. R. 36.**